# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 25-cv-20455-KMM

**LORIN GROSSMAN,**

       Plaintiffs,

vs.

**B&J SERVICES OF MIAMI, LLC, et al.,**

       Defendant.

_____/

## <u>CLERK'S ENTRY OF JUDGMENT</u>

Pursuant to the Court's Order on Report and Recommendation at DE [28], the Clerk of Court enters final default judgment against Defendants as to Counts III–XI, but not as to Counts I and II. Plaintiff is awarded $132,200, including $100,000 in punitive damages and $32,200 in actual damages.

DONE AND ORDERED this 22nd day of April, 2026 in the Southern District of Florida.

       Angela E. Noble
       CLERK OF COURT

       By: s/Patrick Edwards
       Data Quality Analyst